**Electronically Filed
Supreme Court
SCWC-12-0000266
31-OCT-2013
12:39 PM**

SCWC-12-0000266

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARK C. KELLBERG, Petitioner/Plaintiff-Appellant,

vs.

CHRISTOPHER J. YUEN in his capacity as
Planning Director, County of Hawai'i,
and COUNTY OF HAWAI'I, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000266; CIVIL NO. 07-1-0157)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari filed on September 17, 2013 is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, October 31, 2013.

Robert H. Thomas and
Mark M. Murakami,
for petitioner

Michael J. Udovic,
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

